UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LRC TECHNOLOGIES, LLC | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. |
| | * | |
| MARIA MCKEE | * | SECTION |

******************************************

**ORIGINAL COMPLAINT FOR DECLARATORY JUDGMENT**

I.

**JURISDICTION AND VENUE**

1.   This court has diversity jurisdiction pursuant to 28 U.S.C. 1331, in that complainant, LRC Technologies, LLC, ("LRC") is a Louisiana Limited Liability Company having its principal place of business at 127 Hwy. 22E W-13, Madisonville, Louisiana and defendant, Maria McKee ("McKee") is a citizen of the State of Alabama, having her domicile at 117 Emily Circle, Birmingham, Alabama, 35242.

2.   Venue is proper in the Eastern District of Louisiana in that the issues surrounding the matters raised herein occurred in the jurisdiction of this court.

3.   This action is for declaratory judgment brought pursuant to 28 U.S.C. 2201, regarding the rights of the parties pursuant to an oral agreement involving LRC and possibly McKee in connection with services provided to various parties dealing with the collapse of the Deepwater Horizon in the Gulf of Mexico on or about April 21, 2010.

II.

**FACTUAL BACKGROUND**

4.   On or about April 21, 2010, the British Petroleum Drilling Rig "Deepwater Horizon" collapsed in the Gulf of Mexico, causing unprecedented environmental damages to the Gulf Coast region.

1

5. LRC, formerly "Louisiana Remediation Company, Inc.", possessed the ability, know-how and wherewithal to provide immediate quality assistance to the entities involved in the process of mitigating the damages from the oil spill and assisting private entities and govermental agencies charged with the daunting task of an environmental catastrophe greater than the Valdez oil spill in Alaska.

6. LRC's principal employee in connection with the tasks assigned to LRC was one Ronald J. Beecher ("Beecher"), who, on information and belief, was McKee's companion living together at the Emily Circle address, but not as a married couple.

7. On April 18, 2011, Beecher died suddenly as a consequence of a shutdown of his vital organs secondary to an unknown cause.

8. It is believed that Beecher died intestate and it is further believed that McKee claims to be Beecher's common-law wife pursuant to Alabama law and has claims regarding LRC and regarding the right to receive past benefits from the work performed by LRC in connecton with the collapse of the Deepwater Horizon.

9. This action is brought to have this honorable court declare the rights of LRC vis-a-vis McKee, in at least the following particulars:

- ❏ McKee's relationship to Beecher as a putitive common-law wife under Alabama law;
- ❏ MeKee's right, title and interest, if any, to LRC or to any LRC assets;
- ❏ McKee's right, title and interest, if any, to several checks and payments made to LRC and/or Beecher's mother by private entities and/or governmental agencies involved in the oil spill mitigation efforts;
- ❏ McKee's right, title and interest, if any, to vessels and/or marine and construction equipment purchased, leased or rented for the oil spill or prior thereto but being utilized in the mitigation effort.

10. This action seeks expeditious resolution inasmuch as various stakeholders have large sums of cash in their possession due and payable to LRC, but as to which some doubt lies since Beecher's untimely death.

Respectfully submitted:

*[signature]*

HENRY L. KLEIN (#7440)
844 BARONNE STREET
NEW ORLEANS, LA 70113
(504) 586-9971
FAX (504) 586-9715